AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05-672-

Civil Action No. _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___9/15/05___  ___Rashawn Roy___
(Date forms issued)   (Signature of Party or their Representative)

___Rashawn Roy___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action