IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BILL RICHARDS, CARL YAMAGUCHI, and RON TERRANOVA on their own behalves and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C. A. No. 05-672 |
| INTEL CORPORATION, a Delaware corporation, ) ) ) ) | |
| Defendant. ) | |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| BIGGS AND BATTAGLIA | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Robert D. Goldberg* <br> Robert D. Goldberg (#631) <br> 921 North Orange Street <br> P.O. Box 1489 <br> Wilmington, DE 19899-1489 <br> Telephone: (302) 655-9677 <br> Facsimile: (302) 655-7924 <br> goldberg@batlaw.com | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> W. Harding Drane (#1023) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE 19801 <br> Telephone: (302) 984-6000 <br> Facsimile: (302) 658-1192 <br> rhorwitz@potteranderson.com <br> wdrane@potteranderson.com |
| WOLF HALDENSTEIN ADLER <br>   FREEMAN & HERZ LLP <br> Francis M. Gregorek <br> Betsy C. Manifold <br> Francis A. Bottini, Jr. <br> Rachele R. Rickert <br> 750 B Street, Suite 2770 <br> San Diego, California 92101 <br> Telephone: (619) 239-4599 <br> Facsimile: (619) 234-4599 | BINGHAM McCUTCHEN LLP <br> David M. Balabanian <br> Christopher B. Hockett <br> Joy K. Fuyuno <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> Telephone: (415) 393-2000 <br> Facsimile: (415) 393-2286 |
| WOLF HALDENSTEIN ADLER <br>   FREEMAN & HERZ LLP <br> Fred Taylor Isquith <br> 270 Madison Avenue <br> New York, New York 10016 <br> Telephone: (212) 545-4600 <br> Facsimile: (212) 545-4653 | Richard A. Ripley <br> 1120 20th Street, N.W., Suite 800 <br> Washington, D.C. 20036 <br> Telephone: (202) 778-6101 <br> Facsimile: (202) 393-6929 <br><br> Attorneys for Defendant <br> INTEL CORPORATION |
| WOLF HALDENSTEIN ADLER <br>   FREEMAN & HERZ LLP <br> Mary Jane Edelstein Fait <br> Adam J. Levitt <br> 55 West Monroe Street, Suite 1111 <br> Chicago, Illinois 60603 <br> Telephone: (312) 984-0000 <br> Facsimile: (312) 984-0001 | |
| Attorneys for Plaintiffs BILL RICHARDS, CARL YAMAGUCHI, and RON TERRANOVA | |

THE BLACKBURN LAW FIRM, PLLC
Barry C. Blackburn
6933 Crumpler Blvd., Suite B
Olive Branch, MS 38654
Telephone:  (662) 895-6116
Facsimile:  (662) 895-6121

*Attorneys for Plaintiff BILL RICHARDS*

FUKUNAGA MATAYOSHI
   HERSHEY & CHING
Jerold T. Matayoshi
841 Bishop Street, Suite 1200
Honolulu, HI  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585

*Attorneys for Plaintiff CARL YAMAGUCHI*

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

*Attorneys for Plaintiffs CARL YAMAGUCHI and RON TERRANOVA*

MURPHY SMALL & ASSOCIATES
Patrick J. Murphy
1100 East Bridger
Las Vegas, NV  89101
Telephone:  (702) 259-4600
Facsimile:  (702) 259-4748

*Attorneys for Plaintiff RON TERRANOVA*

THE McEWEN LAW FIRM P.L.L.C.
Greg McEwen
5850 Blackshire Path
Inver Glove Heights, MN 55076
Telephone:  651/224-3833
Facsimile:  651/223-5790

*Attorneys for Plaintiff RON TERRANOVA*

701860