# BIGGS AND BATTAGLIA

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.

**ATTORNEYS AT LAW**
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924

OF COUNSEL
JOHN BIGGS III
ERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

Writer's Direct E-mail: Goldberg@batlaw.com

November 16, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

> **In Re: Intel Corporation Microprocessor Antitrust Litigation**
> **MDL Docket No. 05-MD-1717 JJF**
> **Civil Action Nos.: 1:05-CV-00672, JJF 1:05-CV-00710 JJF**

Dear Judge Farnan:

I write to Your Honor regarding the Motion for Consolidation and for the Appointment of Co-Lead and Liaison Counsel (the "Motion") filed on November 11, 2005 by certain Plaintiffs in the above referenced MDL matter. Our clients, along with a group of twenty-one other law firms representing plaintiffs in these proceedings, oppose that Motion. Moreover, at the appropriate time – as determined and Ordered by Your Honor – we intend to file a formal opposition to that motion, as well as a cross-motion for appointment of Interim Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. We believe however that it would be premature to do so at this time, since there is no scheduling order yet in place, nor is there even a final list of the actions consolidated into this litigation. Accordingly, I write to alert the Court to the fact that the Motion is opposed by other plaintiffs' counsel and that we do intend to oppose it.

Of course, if the Court deems it necessary and wants our response sooner, we are prepared to do so on whatever schedule the Court designates.

If Your Honor has any questions, we are available at the Court's convenience.

Respectfully submitted,

Robert D. Goldberg (Bar # 631)

RDG/mnj

cc:      Clerk of the Court
             Richard L. Horwitz, Esq. (via e-file)
             James L. Holzman, Esq.
             Joel Friedlander, Esq.
             Games G. McMillan, III, Esq.
             Scott E. Chambers, Esq.
             Jeffrey J. Clark, Esq.
             Pamela S. Tikellis, Esq.
             Robert J. Kriner, Jr., Esq.
             A. Zachary Naylor, Esq.
             Robert R. Davis, Esq.
             R. Bruce McNew, Esq.
             Jeffrey S. Goddess, Esq.